## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Heidi Ann Plasic fka Heidi Ann Anderson<br>Debtor(s) | BK NO. 24-02068 HWV<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
29 Aug 2024, 13:12:49, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 9cfdbf74c18ce78769b676b7b73f2a9773c56b7c235e41fdfcb7a071f25280a8
Case 1:24-bk-02068-HWV    Doc 9    Filed 08/29/24    Entered 08/29/24 13:37:27    Desc
Main Document    Page 1 of 1