UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  HEIDI ANN PLASIC              :  CHAPTER 13
        Debtor                       :
                                     :
        JACK N. ZAHAROPOULOS          :
        STANDING CHAPTER 13 TRUSTEE   :
        Movant                       :
                                     :
        vs.                          :
                                     :
        HEIDI ANN PLASIC              :
        Respondent                   :  CASE NO.   1-24-bk-02068


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN


        AND NOW, this   26th   day of September, 2024, comes Jack N. Zaharopoulos,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's
plan for the following reason(s):

        1.  The Trustee avers that debtor's plan is not feasible based upon the following:

            a.  The plan is underfunded relative to claims to be paid – 100% plan.
            b.  The debtor is unable to make payments under the plan, contrary to
                § 1325(a)(6).   Debtor's income is partly based on worker's
                compensation, which will eventually end.

        2.  Trustee avers that debtor's plan cannot be administered due to the lack of the
following:

            a.  Proof of Income for months for April through September.

        WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable
and therefore Trustee prays that this Honorable Court will:

            a.  Deny confirmation of debtor(s) plan.
            b.  Dismiss or convert debtor(s) case.
            c.  Provide such other relief as is equitable and just.

                        Respectfully submitted:


                        /s/Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this  27th  day of September, 2024 , I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA  17111


                                 <u>/s/Deborah A. DePalma     </u>
                                 Office of Jack N. Zaharopoulos
                                 Standing Chapter 13 Trustee