In re:                                                                                                           Case No. 24-02068-HWV

Heidi Ann Plasic                                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                               User: AutoDocke                                           Page 1 of 2

Date Rcvd: Sep 26, 2024                       Form ID: ntcnfhrg                                   Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heidi Ann Plasic, 714 Edison Road, Dauphin, PA 17018-9623 |
| 5646891 | + | MDJ 12-3-05, 8010 Bretz Drive, Harrisburg, PA 17112-9748 |
| 5646895 | + | Paul Rhen, 1911 Stoney Creek Road, Dauphin, PA 17018-9605 |
| 5646896 | + | Roger R. Laguna, Jr., Esquire, Laguna & Associates, PLLC, 1119 North Front Street, Harrisburg, PA 17102-3318 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5646887 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2024 18:43:20 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5646888 | + | Email/Text: Bankruptcies@nragroup.com | Sep 26 2024 18:41:00 | Holy Spirit EMS, c/o National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5646885 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2024 18:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5646889 | ^ | MEBN | Sep 26 2024 18:35:40 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5651056 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 26 2024 18:43:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5646893 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 26 2024 18:41:00 | MRC/United Wholesale M, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 5646890 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 26 2024 18:41:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5646892 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 26 2024 18:43:14 | Merrick Bank/Card Works, Attn: Bankruptcy, PO Box 5000, Draper, UT 84020-5000 |
| 5646894 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 26 2024 18:41:00 | Nationstar Mortgage, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 5646886 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2024 18:41:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5646897 | | Email/Text: bkrcy@ugi.com | Sep 26 2024 18:41:00 | UGI, PO Box 13009, Reading, PA 19612 |
| 5647694 | | Email/Text: bkrcy@ugi.com | Sep 26 2024 18:41:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0314-1 | User: AutoDocke | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: ntcnfhrg | Total Noticed: 16 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor NATIONSTAR MORTGAGE LLC blemon@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Heidi Ann Plasic gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Heidi Ann Plasic,<br>fka Heidi Ann Anderson, | Chapter 13 |
| **Debtor 1** | Case No. 1:24−bk−02068−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 30, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: November 6, 2024<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 26, 2024 |

ntcnfhrg (08/21)