IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **HEIDI ANN PLASIC** | : | CASE NO. 1:24-02068-HWV |
| fka **HEIDI ANN ANDERSON** | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| **NATIONSTAR MORTGAGE LLC** | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **HEIDI ANN PLASIC** | : | |
| fka **HEIDI ANN ANDERSON** | : | |
| Respondent | : | |

### DEBTOR'S RESPONSE TO MOTION OF NATIONSTAR MORTGAGE LLC FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** comes Debtor, Heidi Ann Plasic, by and through her attorney, Gary J. Imblum, and respectfully responds as follows:

1. Admitted.

2. Admitted in part and denied in part. Debtor passed away in mid-October. The real estate is now the property of Debtor's estate.

3. Admitted.

4. Admitted in part and denied in part. The Mortgage speaks for itself. Strict proof is demanded.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted in part and denied in part. Debtor's estate has no knowledge. Strict proof is demanded.

9. Denied. Debtor's estate recently consulted a realtor. The realtor indicated that the property is worth approximately $155,00.00. Accordingly, there is an equity cushion providing adequate protection to Movant. Debtor's estate plans to list the real estate for sale and sell it as soon as reasonably possible.

10. Admitted in part and denied in part. Strict proof is demanded as to fees and costs incurred.

11. Admitted in part and denied in part. Strict proof is demanded as to fees and costs incurred.

**WHEREFORE**, Debtor's estate respectfully requests that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

DATED: 11/11/24

# CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTOR'S RESPONSE TO MOTION OF NATIONSTAR MORTGAGE LLC FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

BRENT J. LEMON, ESQUIRE
KML LAW GROUP, P.C.
COUNSEL FOR MOVANT
VIA E-SERVICE

Respectfully submitted,

_Carol V. Shay_
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtor

DATED: 11/11/2024