# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 124-bk-02068-HWV |
|---|---|
| HEIDI ANN PLASIC, FKA HEIDI ANN ANDERSON | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** <br> Chapter: 13 |

On 12/16/2024, I did cause a copy of the following documents, described below,

Notice to Creditors - Sale of Real Estate

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/16/2024

/s/ Gary J. Imblum, Esquire
Gary J. Imblum, Esquire  42606
Attorney for Debtor
Imblum Law Offices, P.C.
4615 Derry St
Harrisburg, PA  17111
717 538 5250
carol.shay@imblumlaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO: 124-bk-02068-HWV |
| HEIDI ANN PLASIC, FKA HEIDI ANN ANDERSON | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 12/16/2024, a copy of the following documents, described below,

Notice to Creditors - Sale of Real Estate

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/16/2024

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum, Esquire
Imblum Law Offices, P.C.
4615 Derry St
Harrisburg, PA  17111

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
HEIDI ANN PLASIC : CASE NO. 1:24-bk-02068-HWV
fka HEIDI ANN ANDERSON :
     Debtors : CHAPTER 13

NOTICE OF MOTION, RESPONSE DEADLINE
AND SCHEDULED HEARING DATE

Gary J. Imblum, Esquire, attorney for Heidi Ann Plasic, 714 Edison Road, Dauphin PA has filed a Motion to Sell Real Estate located at 714 Edison Road, Dauphin PA Free and Clear of Liens to BP Real Estate Investment Group LLC, non-relatives and non-insiders, in the amount of $162,500.00. Settlement shall occur on or before January 25, 2025 at a location not yet determined.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.** (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before, __January 6__, 2025, you or your attorney must do **all** of the following:

    (a) File an answer on or before __January 6__, 2025 explaining your position at
    OFFICE OF THE CLERK
    UNITED STATES BANKRUPTCY COURT
    SYLVIA H. RAMBO U.S. COURTHOUSE
    1501 N. 6TH STREET, 3RD FLOOR
    HARRISBURG, PA 17102

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before 5:00 p.m. __January 6__, 2025; and

    (b) Mail a copy to the Movant's Attorney:

    IMBLUM LAW OFFICES, P.C.
    Gary J. Imblum
    4615 Derry Street
    Harrisburg, PA 17111
    (717)238-5250; FAX (717)558-8990
    Electronic Mail: gary.imblum@imblumlaw.com

2. The property to be sold may be examined at __714 Edison Road, Dauphin, PA__ at any time prior to the sale.

3. Arrangement to view the property may be made by calling __Gary J. Imblum, Esquire__ at __717-238-5250__.

4. The terms and conditions of the sale are as follows:

    a. Pending offers: $185,000.00 ;
    b. Minimum bid requirements: $185,000.00

5. The sale of real estate located at __714 Edison Road, Dauphin, PA__ is ***not*** subject to higher offers.

6. Advertisement of the sale shall be as follows: __N/A__.

7. Inquiries regarding the sale shall be directed to the following: __Gary J. Imblum, Esquire, 717-238-5250__

8. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

9. A scheduled hearing on the motion will be held before the Honorable Henry W. Van Eck, on __January 28__, 2025 at __9:30__ a.m. in the Bankruptcy Courtroom No. 4B (4th Floor), the Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Bankruptcy Courtroom 4B, Harrisburg, Pennsylvania 17102. Unless the court orders otherwise, the hearing on this matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

10. If you do not file a response or objection within twenty one (21) days after the date of this notice, the hearing will not be held and an order will be entered granting the Motion for Sale.

11. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

12. You may contact the Bankruptcy Clerk's Office at 717-901-2800 or 570-826-6450 to find out whether the hearing has been canceled because no one filed an answer.

Dated: 12/16/2024                    Gary J. Imblum, Esquire
                                      4615 Derry Street
                                      Harrisburg, PA 17111

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 124-BK-02068-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>MON DEC 16 9-10-51 PST 2024 | ~~(U)NATIONSTAR MORTGAGE LLC~~ | ~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ |
| CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | HOLY SPIRIT EMS<br>CO NATIONAL RECOVERY AGENCY<br>2491 PAXTON STREET<br>HARRISBURG PA 17111-1036 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | MDJ 12305<br>8010 BRETZ DRIVE<br>HARRISBURG PA 17112-9748 |
| MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | MRCUNITED WHOLESALE M<br>ATTN BANKRUPTCY<br>PO BOX 619098<br>DALLAS TX 75261-9098 | MARINER FINANCE LLC<br>ATTN BANKRUPTCY<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM MD 21236-5904 |
| MERRICK BANKCARD WORKS<br>ATTN BANKRUPTCY<br>PO BOX 5000<br>DRAPER UT 84020-5000 | NATIONSTAR MORTGAGE<br>8950 CYPRESS WATERS BOULEVARD<br>COPPELL TX 75019-4620 | (P)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| PA DEPT OF REVENUE<br>ATTN BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG PA 17128-0946 | PAUL RHEN<br>1911 STONEY CREEK ROAD<br>DAUPHIN PA 17018-9605 | ROGER R LAGUNA JR ESQUIRE<br>LAGUNA ASSOCIATES PLLC<br>1119 NORTH FRONT STREET<br>HARRISBURG PA 17102-3318 |
| (P)UGI UTILITIES INC<br>ATTN CREDIT COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 | ~~EXCLUDE~~<br>~~(D)(P)UGI UTILITIES INC~~<br>~~ATTN CREDIT COLLECTIONS~~<br>~~P O BOX 13009~~<br>~~READING PA 19612-3009~~ | UNITED STATES TRUSTEE<br>US COURTHOUSE<br>1501 N 6TH ST<br>HARRISBURG PA 17102-1104 |
| ~~EXCLUDE~~<br>~~GARY J IMBLUM~~<br>~~IMBLUM LAW OFFICES PC~~<br>~~4615 DERRY STREET~~<br>~~HARRISBURG PA 17111-2660~~ | HEIDI ANN PLASIC<br>714 EDISON ROAD<br>DAUPHIN PA 17018-9623 | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

(Trustee)
Jack N Zaharopoulos
Standing Chapter 13
8125 Adams Drive, Suite A
Hummelstown, PA 17036

info@pamd13trustee.com

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
(Asst. U.S. Trustee)

ustpregion03.ha.ecf@usdoj.gov

Heidi Ann Plasic
714 Edison Road
Dauphin, PA 17018
(Debtor 1)
represented by:
Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

gary.imblum@imblumlaw.com

(Creditor)
NATIONSTAR MORTGAGE LLC
represented by:
Brent J Lemon
KML Law Group, P.C.
701 Market Street # 5000
Philadelphia, PA 19106

blemon@kmllawgroup.com