# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 1:24-bk-02068 HWV |
|---|---|
| HEIDI ANN PLASIC, FKA HEIDI ANN ANDERSON | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** <br> Chapter: 13 |

On 1/10/2025, I did cause a copy of the following documents, described below,

Order Confirming 1st Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/10/2025

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111
717 238 5250
sharlene.miller@imblumlaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>HEIDI ANN PLASIC, FKA HEIDI ANN ANDERSON | CASE NO: 1:24-bk-02068 HWV<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 1/10/2025, a copy of the following documents, described below,

Order Confirming 1st Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/10/2025

_____

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Heidi Ann Plasic,
fka Heidi Ann Anderson,

**Debtor 1**

Chapter 13

Case No. 1:24−bk−02068−HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on November 26, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 8, 2025

orcnfpln(05/18)

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 124-BK-02068 HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>FRI JAN 10 10-55-18 PST 2025 | ~~(U)NATIONSTAR MORTGAGE LLC~~ | ~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ |
| CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | HOLY SPIRIT EMS<br>CO NATIONAL RECOVERY AGENCY<br>2491 PAXTON STREET<br>HARRISBURG PA 17111-1036 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | MDJ 12305<br>8010 BRETZ DRIVE<br>HARRISBURG PA 17112-9748 |
| MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | MRCUNITED WHOLESALE M<br>ATTN BANKRUPTCY<br>PO BOX 619098<br>DALLAS TX 75261-9098 | MARINER FINANCE LLC<br>ATTN BANKRUPTCY<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM MD 21236-5904 |
| MERRICK BANKCARD WORKS<br>ATTN BANKRUPTCY<br>PO BOX 5000<br>DRAPER UT 84020-5000 | NATIONSTAR MORTGAGE<br>8950 CYPRESS WATERS BOULEVARD<br>COPPELL TX 75019-4620 | (P)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| PA DEPT OF REVENUE<br>ATTN BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG PA 17128-0946 | PAUL RHEN<br>1911 STONEY CREEK ROAD<br>DAUPHIN PA 17018-9605 | ROGER R LAGUNA JR ESQUIRE<br>LAGUNA ASSOCIATES PLLC<br>1119 NORTH FRONT STREET<br>HARRISBURG PA 17102-3318 |
| (P)UGI UTILITIES INC<br>ATTN CREDIT COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 | ~~EXCLUDE~~<br>~~(D)(P)UGI UTILITIES INC~~<br>~~ATTN CREDIT COLLECTIONS~~<br>~~P O BOX 13009~~<br>~~READING PA 19612-3009~~ | UNITED STATES TRUSTEE<br>US COURTHOUSE<br>1501 N 6TH ST<br>HARRISBURG PA 17102-1104 |
| ~~EXCLUDE~~<br>~~GARY J IMBLUM~~<br>~~IMBLUM LAW OFFICES PC~~<br>~~4615 DERRY STREET~~<br>~~HARRISBURG PA 17111-2660~~ | HEIDI ANN PLASIC<br>714 EDISON ROAD<br>DAUPHIN PA 17018-9623 | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |