# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

email: gary.imblum@imblumlaw.com

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

**Telephone**
**717.238.5250**
**Facsimile**
**717.558.8990**

January 29, 2025

**<u>Via ECF Only</u>**

TO:  US BANKRUPTCY COURT - CLERK

      RE:    Heidi Ann Plasic, fka Heidi Ann Anderson
              Chapter 13 Bankruptcy Case No. 1:24-bk-02068-HWV

Dear Clerk:

      Please issue a certified Order Approving Sale of Real Estate in the above matter.  The Docket Number of the Order is 41.

                        Very truly yours,

                        IMBLUM LAW OFFICES,  P.C.

                        /s/ Gary J. Imblum

                        Gary J. Imblum

GJI/cvs