# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

March 25, 2025

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Heidi Plasic
Chapter 13, Bankruptcy Case No. 1:24-bk-02068

Dear Clerk:

Please be advised that the address for the Administratix of debtor's decedents estate, Kristian Reid has changed to the following:

416 ERDMAN DRIVE
DAUPHIN PA 17018

The Debtor's previous address was as follows:

714 EDISON ROAD
DAUPHIN PA 17018

Very truly yours,

IMBLUM LAW OFFICES, P.C.

*Gary J. Imblum*

Gary J. Imblum

GJI/srm

cc: Jack N. Zaharopoulos (Trustee)
Via E-Service