UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| HEIDI ANN PLASIC | : | CASE NO.: 1:24-BK-02068 HWV |
| f/k/a HEIDI ANN ANDERSON | : | |
| Debtor | : | |

**MOTION FOR EXEMPTION FROM FILING
CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATION
AND SECTION 502(q) PURSUANT TO LOCAL RULE 3015-5
(IN SUPPORT OF DISCHARGE) (OFFICIAL FORM 2830)**

**AND NOW COMES** Debtor's counsel, Gary J. Imblum, Esquire, and respectfully represents:

1. Debtor filed a Chapter 13 bankruptcy to the above term and number on August 22, 2024.

2. Debtor passed away on October 16, 2024.

3. The Plan payments required of Debtor have been paid in full to the Trustee as of March 27, 2025.

4. Debtor's estate is entitled to a discharge.

5. One prerequisite to a discharge is that a Certification Regarding Domestic Support Obligation be filed on behalf of Debtor.

6. Due to her demise, Debtor cannot execute the Certificate Regarding Domestic Support Obligation.

7. It is believed and hereby averred that Debtor did not have a domestic support obligation being that Debtor passed away at age 59 and did not have a domestic support obligation at the time of the filing of the bankruptcy.

**WHEREFORE**, it is respectfully requested that this Honorable Court issue an Order waiving the requirement that Debtor file a Certification Regarding Domestic Support Obligation.

Respectfully submitted,

**IMBLUM LAW OFFICES, P.C.**

*Gary J. Imblum*

Gary J. Imblum, Esquire
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg PA 17111
717-238-5250
Fax No. 717-558-8990
gary.imblum@imblumlaw.com

Date: 08/19/2025

## CERTIFICATE OF SERVICE

I, Bernadette A. Davis, Paralegal, hereby certify that I have served a copy of the foregoing MOTION FOR EXEMPTION FROM FILING CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATION PURSUANT TO LOCAL RULE 3015-5 (IN SUPPORT OF DISCHARGE) on the following person(s) by E-Service:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

IMBLUM LAW OFFICES, P.C.

*Bernadette A. Davis*

Bernadette A. Davis, Paralegal
4615 Derry Street
Harrisburg  PA  17111
717 238-5250
Fax No. 717 558-8990
gary.imblum@imblumlaw.com
For Debtor

Date: 08/20/2025

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :    CHAPTER 13
HEIDI ANN PLASIC                    :    CASE NO.: 1:24-BK-02068 HWV
f/k/a HEIDI ANN ANDERSON            :
    Debtor                         :

## O R D E R

Upon consideration of Motion for Exemption from filing Certification Regarding Domestic Support Obligation pursuant to Local Rule 3015-5 (in Support of Discharge),

**IT IS HEREBY ORDERED and DECREED** that the requirement that Debtor complete Certification Regarding Domestic Support Obligation (in Support of Discharge) is hereby waived.